# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED SEPTEMBER 18, 2014

## NO. 03-14-00378-CV

**Food For Life Network LLC, and Sherrie Newland-Kjar, Appellants**

**v.**

**Jamail Development Partnership, LTD, Appellee**

**APPEAL FROM 277TH DISTRICT COURT OF WILLIAMSON COUNTY**
**BEFORE JUSTICES PURYEAR, PEMBERTON, AND FIELD**
**DISMISSED ON APPELLANTS' MOTION -- OPINION BY JUSTICE FIELD**

This is an appeal from the judgment signed by the trial court March 14, 2014. Appellants Food For Life Network LLC, and Sherrie Newland-Kjar have filed a motion to dismiss the appeal, and having considered the motion, the Court agrees that the motion should be granted. Therefore, the Court grants the motion and dismisses the appeal. Food For Life Network LLC shall pay all costs relating to this appeal, both in this Court and the court below.